446 A.2d 693

Commonwealth v. Sicher, Appellant.

Petition for Allowance of Appeal Denied Sept. 7, 1982.

Argued April 20, 1981. W. F. Steigerwalt, for appellant; Richard R. Tomsho, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and WATKINS, JJ.

Order affirmed on the opinion of Judge Davison of the court below.